FILED

2008 AUG 19 PM 4:22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: **'08 MJ 2562** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| GARCIA-Rojas Agreda, Sergio Martin ) | Importation of a Controlled Substance |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about August 19, 2008, within the Southern District of California, Sergio Martin GARCIA-Rojas Agreda did knowingly and intentionally import approximately 137.2 grams of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gregory E. Kaplan
Special Agent
IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF AUGUST, 2008.

MAGISTRATE JUDGE

8/19/08

## STATEMENT OF FACTS

On August 19, 2008, at approximately 9:18 AM, Sergio Martin GARCIA-Rojas Agreda attempted to enter the United States from the Republic of Mexico as a pedestrian through the San Ysidro Port of Entry, San Ysidro, California.

A pat-down of GARCIA-Rojas led to the discovery of 3 plastic bags containing a white crystalline substance in the front and rear pockets of GARCIA-Rojas' shorts. This substance field-tested positive for the properties of methamphetamine. The 3 packages weighed approximately 137.2 grams per the Customs scale.

After advisement of his constitutional rights per Miranda, GARCIA-Rojas stated that he wished to speak with an attorney. No statement was taken from GARCIA-Rojas.

GARCIA-Rojas was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Gregory E. Kaplan
Special Agent
IMMIGRATION AND CUSTOMS ENFORCEMENT